UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHAILENDRA CHALASANI,<br>　　　　　　　Plaintiff,<br>v.<br><br>CONSUMERS ENERGY,<br>　　　　　　　Defendant.<br>_____/ | Case No. 25-11981<br><br>F. Kay Behm<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER GRANTING PLAINTIFF LEAVE TO FILE SUR-REPLY

Plaintiff, who is representing himself, seeks leave to file a sur-reply no more than five pages long to respond to what he says are new arguments raised in Defendant's reply to its motion to dismiss. (ECF No. 11). Though it is unclear that Defendant raised arguments in its reply that were not raised in the opening brief or in Plaintiff's response, to ensure that Plaintiff has a full opportunity to make his arguments, the Court **GRANTS** his motion (ECF No. 11). Plaintiff may file a sur-reply **within three business days of this Order** not to exceed five pages in length.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R.

Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: August 7, 2025                     s/Curtis Ivy, Jr.
                                         Curtis Ivy, Jr.
                                         United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on August 7, 2025.

                                         s/Sara Krause
                                         Case Manager
                                         (810) 341-7850