UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAILENDRA CHALASANI,                          Case No. 25-11981

      Plaintiff,                               F. Kay Behm
v.                                             United States District Judge

CONSUMERS ENERGY,                              Curtis Ivy, Jr.
                                               United States Magistrate Judge

      Defendant.

_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING**
**THE MAGISTRATE JUDGE'S FEBRUARY 23, 2026**
**<u>REPORT AND RECOMMENDATION (ECF No. 17)</u>**

Currently before the court is Magistrate Judge Curtis Ivy, Jr.'s February 23, 2026 Report and Recommendation.  (ECF No. 17).  Magistrate Judge Ivy recommends granting Plaintiff's request for leave to amend the complaint made in the response to Defendant's motion to dismiss the complaint.  (ECF Nos. 17, 8).  Judge Ivy further recommends denying Defendant's motion to dismiss, without prejudice, as moot.  (ECF Nos. 17, 7).  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149

(1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 17) and **GRANTS** Plaintiff's request for leave to file an amended complaint (ECF No. 8), and **DENIES** Defendant's motion to dismiss, without prejudice, as moot.  **Plaintiff has 14 days from entry of this order to file his amended complaint.**

**SO ORDERED**.

Date: March 11, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

2